UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-mj-03203-JG

UNITED STATES OF AMERICA

vs.

ALEJANDRO ANCAROLA,

Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___Yes  _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
J. MACKENZIE DUANE
ASSISTANT U.S. ATTORNEY
Court No. A5502175
99 N.E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9341
FAX (305) 536-7976

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 1:19-mj-03203-JG |
| ALEJANDRO ANCAROLA, | ) |
|  | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2019__ in the county of __Miami-Dade__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 2252(a)(4)(B) | Possession of Visual Depictions of Minors Engaged in Sexually Explicit Conduct |

This criminal complaint is based on these facts:
PLEASE SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jessenia Munoz, Task Force Officer, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/30/2019

_____
*Judge's signature*

City and state: Miami, Florida

Jonathan Goodman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A RESIDENTIAL SEARCH WARRANT

I, Jessenia Munoz, having been first duly sworn, do hereby depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am a Task Force Officer with Homeland Security Investigation ("HSI") and have been a detective with the Miami-Dade Police Department ("MDPD") for six years. I am currently assigned to the Special Victims Bureau/Sexual Crimes Section, Internet Crimes Against Children Unit. In this capacity, I am responsible for conducting criminal investigation of statutes contained in Title 18 of the United States Code, including crimes related to child pornography and the sexual exploitation of children. I have investigated over 230 child exploitation and internet crimes against children cases. I also have attended approximately 185 hours of training in the field of Computer Crimes and Internet Investigation. I investigate criminal violations relating to child pornography, including violations pertaining to the illegal transportation, distribution, receipt, and possession of child pornography, in violation of 18 U.S.C. § 2252, and the coercion and enticement of minors to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b). I have conducted and/or assisted in child exploitation investigations, executed search warrants that have led to the seizures of child pornography, and received training to conduct investigations of various criminal violations of the United States Code. Prior to that, I was employed with the Broward Sheriff's Office as a Child Protective Investigator.

2. I am conducting an investigation involving the online distribution of child pornography files. I have personally participated in the investigation of the offenses referred to herein, and because of my personal participation in this investigation, and the reports made to me by members of the participating law enforcement agencies, I am familiar with the facts and circumstances of this investigation.

3. I submit this Affidavit in support of a criminal complaint which charges Alejandro ANCAROLA with knowingly possessing visual depictions in and affecting interstate and foreign commerce, of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

4. The statements contained in this Affidavit are based upon my own personal knowledge, as well as information provided by other individuals, including other law enforcement officials, and my review of records obtained during the course of this investigation. I have not included in this Affidavit each and every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause for the issuance of a Complaint as requested herein.

## PROBABLE CAUSE

5. On February 9, 2019, while working in an undercover capacity, law enforcement officers signed onto the Internet through a computer located in the Miami-Dade Police Department. Law enforcement utilized BitTorrent, which is an enhanced version of a publicly available peer-to-peer ("P2P") file sharing program, to identify individuals sharing images and/or videos depicting the sexual exploitation of children. P2P programs allow users on the Internet to easily trade files, including images and videos of all nature.

6. During the investigation, law enforcement identified a computer on BitTorrent that was associated with a torrent file believed to contain files depicting child pornography, based on the hash values of the files involved. A hash value is a unique numerical number assigned to a file; it is akin to a thumbprint. Known, identified child pornography files have identified hash values. The computer in question utilized IP address 99.109.116.110 (hereinafter, the "Target IP

Address") to access BitTorrent and share files with hash values of images and videos of suspected child pornography.

7. On February 9, 2019, 1:40 am (EST), law enforcement completed the download of several image files depicting child pornography that the computer using the Target IP Address made available.

8. Based on a review of the downloaded files, law enforcement determined that there were numerous files depicting children under the age of eighteen (18) engaged in sexual acts and/or the lascivious exhibition of their genitals, all of which was consistent with child pornography. A sample of three (3) of the files downloaded, which contain infant and toddler child pornography, are described as follows:

    a. File Name: girls 0 to 5 having sex with men GEFICK 776.JPG

    Description: Image depicting a prepubescent female victim laying partially naked, with her legs spread open exposing her vagina, face up on a bed with an adult male between her legs, attempting to vaginally penetrate the victim.

    b. File name: girls 0 to 5 having sex with men Taba gives man a blowjob 536635.jpg

    Description: Image depicting a prepubescent female performing oral sex on an adult male.

    c. File name: girls 0 to 5 having sex with men pic474.jpg

    Description: Image depicting a prepubescent female victim, partially naked, sitting on top of a partially naked adult male, attempting to vaginally penetrate the victim.

9. On February 27, 2019, at 12:45 am (EST), law enforcement completed the download of several image files depicting child pornography that the computer using the Target IP Address made available.

10. Based on a review of the downloaded files, law enforcement determined that there were numerous files depicting children under the age of eighteen (18) engaged in sexual acts and/or the lascivious exhibition of their genitals, all of which was consistent with child pornography. A sample of three (3) of the files downloaded are described as follows:

   a. File name: 1211641780977.jpg

   Description: Image depicting a prepubescent female sitting with her legs spread open as an adult male spreads open her vagina.

   b. File name: janet13.jpg

   Description: Image depicting a prepubescent female victim being digitally penetrated by and adult male.

   c. File name: Megan & dad play.jpg

   Description: Image depicting a prepubescent female victim laying naked, with her legs spread open exposing her vagina and an adult male between her legs, attempting to vaginally penetrate the victim.

11. Law enforcement determined that the Target IP Address was registered by AT&T. Law enforcement subsequently submitted an administrative subpoena to AT&T. Results from the subpoena showed that, on the date that law enforcement downloaded the child pornography, AT&T had assigned the Target IP Address to an account belonging to an individual with the initials "L.A." with the address: 10470 SW 40th Street, in Miami, Florida (hereinafter, the "Target Premises.")

12. On May 22, 2019, at 12:55 am (EST), law enforcement completed the download of several image files depicting child pornography that the computer using the Target IP Address made available.

13. Based on a review of the downloaded files, law enforcement determined that there were numerous files depicting children under the age of eighteen (18) engaged in sexual acts and/or

the lascivious exhibition of their genitals, all of which was consistent with child pornography. One of the files downloaded is described as follows:

    a. <u>File name</u>: 000019.avi

    <u>Description</u>: Video file that was approximately two (3) minutes and twenty two (22) seconds in length. Video depicts a prepubescent female who is nude bent over. An adult male who is naked digitally penetrating the victim's anus. The female victim is then turned over onto her back with her legs spread open while the adult male anally penetrate the victim with his penis.

14. On July 26, 2019, law enforcement conducted physical surveillance of the Target Premises and observed that the Target Premises operates as a child daycare by the name of "Little Seeds Academy." Little Seeds Academy is registered on Sunbiz.org to "L.A." Further, a public review of online information about Little Seeds Academy indicates that it has been an operable daycare facility since in or around late 2010; has the capacity for thirty-three (33) children; and operates Monday thru Friday, 7:00 AM to 6:30 PM.

15. Also on July 26, 2019, law enforcement observed a Hyundai registered to "A.A." at the Target Premises. That vehicle is registered to the Target Premises. Law enforcement also observed a grey Toyota 4-door registered to "P.A." and "J.V." at the Target Premises. That vehicle too is registered to the Target Premises. A truck was also at the Target Premises, but its license plate could not be seen.

16. While conducting physical surveillance, law enforcement verified that the wireless network nearby was secured by password protection. There appeared to be no open networks nearby.

17. On the same date, law enforcement conducted a ruse and were greeted at the door by P.A., who was actively conducting business at Little Seeds Academy. P.A. advised law

5

enforcement that there are three daycare classes at Little Seeds Academy. She further advised law enforcement that the only male that works at the daycare is her husband, L.A.

18. On July 26, 2019, law enforcement saw approximately eight children playing outside during the day, all appearing to be under the age of eight (8) years. On July 26, 2019, at approximately 8:20 pm (EST), law enforcement conducted physical surveillance of the Target Premises. They observed a light on at the Target Premises and two vehicles present – the Hyundai and truck referenced above.

19. Law enforcement maintained surveillance and observed L.A. arrive on a bicycle, and enter the Target Premises.

20. On July 27, 2019, the Honorable Jonathan Goodman authorized a federal search warrant for the Target Premises, and any and all computer and electronic media devices located therein. *See* Case No. 19-MJ-03201-GOODMAN (SEALED).

21. On July 29, 2019, the search warrant was executed at the Target Premises. During the search, Alejandro ANCAROLA was encountered by law enforcement. Law enforcement learned that ANCAROLA is one of L.A. and P.A.'s sons who resides at the Target Premises where Little Seeds Academy is located.

22. During the search of the residence, law enforcement seized numerous pieces of electronic media, including a black Thermal Take computer tower and a black Samsung Galaxy S9 cellular telephone, which were located in ANCAROLA's bedroom.

23. A preliminary forensic examination of the black Thermal Take computer tower revealed peer-to-peer file sharing software and link files with titles indicative of child pornography. The peer-to-peer software version located on ANCAROLA's computer tower was identified as being the same version used in the completed downloads received by law

enforcement. The preliminary forensic examination of the Samsung Galaxy S9 cellular telephone revealed compressed and encrypted files, with file names indicative of child pornography.

24. In a post-*Miranda* statement, ANCAROLA stated that he currently resides at the Target Premises. ANCAROLA also stated that he owns the black Thermal Take computer tower and the black Samsung Galaxy S9 cellular telephone, located in his bedroom. ANCAROLA then admitted to using his desktop computer to search, download, and view child pornography using BitTorrent. The Defendant admitted to using btbit.org to search, download and view "torrents" of child pornography. ANCAROLA also admitted to using his cellular telephone to search and view child pornography.

25. During the interview, ANCAROLA acknowledged that he recognized the following images and initialed and dated them accordingly:

- Image depicting a prepubescent female victim laying partially naked, with her legs spread open exposing her vagina, face up on a bed with an adult male between her legs, attempting to vaginally penetrate the victim. Law enforcement completed this download on or about February 9, 2019. This file is outlined *supra* at paragraph 8(a).

- Image depicting a prepubescent female victim bent over exposing her vagina, while and adult female performs oral sex on an adult male. Law enforcement completed this download on or about February 9, 2019.

- Image depicting a prepubescent female sitting with her legs spread open as an adult male spreads open her vagina. Law enforcement completed this download on or about February 27, 2019. This file is outlined *supra* at paragraph 10(a).

7

## CONCLUSION

26.     Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Alejando ANCAROLA for possession of visual depictions of minors engaged in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

Jessenia Munoz
Miami-Dade Police Detective
Homeland Security Investigations Task Force Officer

Sworn to before me on this 30th day of July 2019,
in Miami, Florida.

JONATHAN GOODMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA